UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND and DENIS MONTGOMERY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, KENNETH D. LEWIS, JOE L. PRICE, NEIL A. COTTY, WILLIAM BARNET, III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, CHARLES K. GIFFORD, W. STEVEN JONES, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M. RYAN, O. TEMPLE SLOAN, JR., MEREDITH R. SPANGLER, ROBERT L. TILLMAN, JACKIE M. WARD, BANC OF AMERICA SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS, LLC, DEUTSCHE BANK SECURITIES, J.P. MORGAN SECURITIES INC., <br><br> Defendants. | Case No. 10-cv-00440 (LAK) (HBP) <br><br> <u>CLASS ACTION</u> <br><br> ECF CASE |

**LEAD PLAINTIFF'S NOTICE OF FILING PAPERS WITH THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION**

PLEASE TAKE NOTICE that, on May 3, 2011 Defendant Countrywide Financial Corporation and its related defendant entities (collectively, the "Countrywide Defendants"), filed a Motion to Centralize Securities Actions in the Central District of California Pursuant to 28 U.S.C. §1407 with the Judicial Panel on Multidistrict Litigation. *In Re Countrywide Financial Corporation Securities Litigation Cases*, MDL Docket No. 2265. Pursuant to J.P.M.L. Rule 6.2(a), attached to this Notice are copies of Lead Plaintiff, NECA-IBEW Pension Trust Fund's ("NECA-IBEW"), Motion and supporting documents, filed with the Judicial Panel on Multidistrict Litigation on June 8, 2011 to add the instant *Montgomery* action to the Countrywide Defendants' pending Motion before the Multi-District Litigation Panel to centralize pending securities actions for coordinated and/or consolidated pretrial proceedings before the United States District Court for the Central District of California pursuant to 28 U.S.C. §1407(a).

Dated: June 8, 2011

**FINKELSTEIN & KRINSK LLP**

By:   /s Jeffrey R. Krinsk
Jeffrey R. Krinsk (Admitted Pro Hac Vice)

Mark L. Knutson (Admitted Pro Hac Vice)
C. Michael Plavi II (Admitted Pro Hac Vice)
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: 619.238.1333

Attorneys for Plaintiffs and Lead Counsel
for the Class

**KLAFTER, OLSEN & LESSER LLP**
Jeffrey Klafter (JK0953)
Two International Place, Suite 350
Rye Brook, NY 10573
Tel: 914.934.9200

Attorneys for Plaintiffs and Liaison Counsel
for the Class

1