**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                        NOTICE OF REASSIGNMENT

            OF

CASE FROM HON. RICHARD J. SULLIVAN

-----------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

                HON. LEWIS A. KAPLAN

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: October 24, 2011

                                        Ruby J. Krajick, CLERK

                                        Shante Jones
                           By: _____
                                        Deputy Clerk

cc: Attorneys of Record

Judge Sullivan to Judge Kaplan

10 cv 440