

Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NECA-IBEW PENSION TRUST FUND and        :    No. 10 Civ. 00440 (LAK) (HBP)
DENIS MONTGOMERY, on behalf of          :
themselves and all others similarly situated,   :    ECF CASE
                                        :
            Plaintiffs,                 :    STIPULATION AND
    v.                                  :    [PROPOSED] ORDER
                                        :
BANK OF AMERICA CORPORATION, et al.,    :
                                        :
            Defendants.                 :
------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/12

WHEREAS, on January 18, 2011, plaintiffs filed the First Amended Complaint [Dkt. No. 25];

WHEREAS, on March 4, 2011, defendants moved to dismiss the First Amended Complaint [Dkt. Nos. 26 & 29];

WHEREAS, on February 9, 2012, Magistrate Judge Henry B. Pitman issued a Report and Recommendation in which he recommended that defendants' motions to dismiss be granted [Dkt. No. 54];

WHEREAS, on February 23, 2012, plaintiffs filed objections (the "Objections") to the Report and Recommendation [Dkt. No. 55];

WHEREAS, defendants' responses to the Objections are currently due on March 8, 2012;

WHEREAS, defendants have sought plaintiffs' consent to a one-week extension of their time to respond to the Objections;

WHEREAS, plaintiffs have consented to the one-week extension; and

WHEREAS, this is defendants' first request for an extension of time.

NOW, THEREFORE, it is hereby stipulated and agreed among the parties that defendants shall file any responses to the Objections no later than March 15, 2012.

Dated: New York, New York
       March 2, 2012

*/s/ C. Mitchell Plavi II*

Jeffery Klafter (jak@klafterolsen.com)
KLAFTER, OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200

Jeffery R. Krinsk (*pro hac vice*)
Mark L. Knutson (*pro hac vice*)
C. Michael Plavi II (*pro hac vice*)
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 238-1333

Attorneys for Lead Plaintiffs

*/s/ Jay B. Kasner*

Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets, LLC (n/k/a Wells Fargo Securities, LLC), Deutsche Bank Securities Inc., and J.P. Morgan Securities Inc.

*/s/ Jonathan Rosenberg*

Jonathan Rosenberg (jrosenberg@omm.com)
William J. Sushon (wsushon@omm.com)
B. Andrew Bednark (abednark@omm.com)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys For Defendants Bank of America Corporation, Kenneth D. Lewis, Joe L. Price, Neil A. Cotty, William Barnet, III, Frank P. Bramble, Sr., John T. Collins, Gary L. Countryman, Tommy R. Franks, Charles K. Gifford, W. Steven Jones, Walter E. Massey, Thomas J. May, Patricia E. Mitchell, Thomas M. Ryan, O. Temple Sloan, Jr., Meredith R. Spangler, Robert L. Tillman, Jackie M. Ward, and Banc of America Securities LLC

SO ORDERED

*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ

3/7/12

2