UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND and DENIS MONTGOMERY, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | ) Case No. 10-cv-00440 (LAK) (HBP)<br>)<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>) ECF CASE<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A
<u>SECOND AMENDED CLASS ACTION COMPLAINT</u>**

PLEASE TAKE NOTICE that Lead Plaintiff NECA-IBEW Pension Trust Fund ("NECA-IBEW") and individual plaintiff Denis Montgomery (collectively "Plaintiffs"), will move, before the Honorable Lewis A. Kaplan, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order granting leave to file a Second Amended Class Action Complaint ("SAC") pursuant to Rule 15 of the Federal Rules of Civil Procedure. Plaintiffs' motion is supported by the accompanying Memorandum of Law, Declaration of C. Michael Plavi, II and the exhibits attached thereto.

Dated: March 15, 2012

Respectfully submitted,

**FINKELSTEIN & KRINSK LLP**

By:     /s/ Jeffrey R. Krinsk
Jeffrey R. Krinsk (Admitted Pro Hac Vice)
Mark L. Knutson (Admitted Pro Hac Vice)
C. Michael Plavi II (Admitted Pro Hac Vice)
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: 619.238.1333

Attorneys for Plaintiffs and Lead Counsel for the Class

**KLAFTER, OLSEN & LESSER LLP**
Jeffrey Klafter
Two International Place, Suite 350
Rye Brook, NY 10573
Tel: 914.934.9200

Attorneys for Plaintiffs and Liaison Counsel for the Class