UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND and DENIS MONTGOMERY, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                Defendants. | ) Case No. 10-cv-00440 (LAK) (HBP)<br>)<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>) ECF CASE<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF C. MICHAEL PLAVI, II IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE A
<u>SECOND AMENDED CLASS ACTION COMPLAINT</u>**

I, C. Michael Plavi, II, declare as follows:

I am an attorney duly licensed and entitled to practice law in California and have been admitted *pro hac vice* in this matter. I am a member of the law firm Finkelstein & Krinsk LLP, attorneys for Lead Plaintiff NECA-IBEW Pension Trust Fund ("NECA-IBEW") and individual plaintiff Denis Montgomery (collectively "Plaintiffs") in this action. I submit this declaration in support of Plaintiffs' motion for leave to file a Second Amended Class Action Complaint.

1. **Exhibit A**, attached hereto, is a true and correct copy of a redlined version of Plaintiffs' proposed Second Amended Class Action Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2012 in San Diego, California.

_____
C. Michael Plavi, II