UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

*NECA-IBEW PENSION TRUST, ET AL.*

Plaintiff,

-v-

*BANK OF AMERICA, ET AL*

Defendant.

-------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

*10 CIV 0440*  (LAK)(HB)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[X] Specific Non-Dispositive Motion/Dispute:*
*PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/12

Do not check if already referred for general pretrial.

Dated 3/16/12

SO ORDERED:

United States District Judge