UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/12

NECA-IBEW PENSION TRUST FUND
and DENIS MONTGOMERY, on behalf of
themselves and all others similarly situated,

Plaintiffs,

-against-

BANK OF AMERICA CORPORATION, et al.,

Defendants.

10 Civ. 440 (LAK) (HBP)

ECF CASE

JOINT STIPULATION
AND [PROPOSED]
ORDER

       WHEREAS, on February 9, 2012, this Court issued a report and recommendation (the "R&R") in which it recommended that Defendants' motions to dismiss Plaintiffs' first amended complaint ("FAC") be granted in their entirety and that Plaintiffs' application to amend their complaint be denied without prejudice to renewal by way of formal motion [Dkt. No. 54];

       WHEREAS, on March 15, 2012, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint (the "Motion") before Judge Lewis A. Kaplan [Dkt. Nos. 61–63];

       WHEREAS, on March 16, 2012, Judge Kaplan overruled Plaintiffs' objections to the R&R, granted Defendants' motions to dismiss, and noted that "the defendants are free to oppose [the Motion] should they wish to do so, on the ground that the proposed amendment would be futile" [Dkt. No. 65];

       WHEREAS, by order dated March 16, 2012, the Motion was referred to this Court [Dkt. No. 64];

       WHEREAS, on April 20, 2012, the BAC Defendants and the Underwriter Defendants each served Plaintiffs with briefs in opposition to the Motion;

WHEREAS, Plaintiffs' reply brief is currently due on or before May 18, 2012; and

WHEREAS, Plaintiffs requested and the parties have conferred and agreed to Plaintiffs filing a consolidated 20-page reply brief;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that Plaintiffs are permitted to file a consolidated reply brief of no more than 20 pages in response to Defendants' opposition briefs.

By: /s/ C. Michael Plavi II

Jeffery Klafter (jak@klafterolsen.com)
KLAFTER, OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200

Jeffery R. Krinsk (*pro hac vice*)
Mark L. Knutson (*pro hac vice*)
C. Michael Plavi II (*pro hac vice*)
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 238-1333

*Attorneys for Lead Plaintiffs*

By: /s/ Andrew Bednark

Jonathan Rosenberg (jrosenberg@omm.com)
William J. Sushon (wsushon@omm.com)
B. Andrew Bednark (abednark@omm.com)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys For Defendants Bank of America Corporation, Kenneth D. Lewis, Joe L. Price, Neil A. Cotty, William Barnet, III, Frank P. Bramble, Sr., John T. Collins, Gary L. Countryman, Tommy R. Franks, Charles K. Gifford, W. Steven Jones, Walter E. Massey, Thomas J. May, Patricia E. Mitchell, Thomas M. Ryan, O. Temple Sloan, Jr., Meredith R. Spangler, Robert L. Tillman, and Jackie M. Ward*

By: /s/ Jay B. Kasner

Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants Citigroup Global Markets Inc., Deutsche Bank Securities Inc., J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated (individually and as successor by merger to defendant Banc of America Securities LLC), Morgan Stanley & Co. Incorporated, UBS Securities LLC, and Wachovia Capital Markets, LLC (n/k/a Wells Fargo Securities, LLC)*

**SO ORDERED:**

/s/ Henry B. Pitman

Hon. Henry B. Pitman
United States Magistrate Judge
5-2-12

3