

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NECA-IBEW PENSION TRUST FUND and      :
DENIS MONTGOMERY, on behalf of         :
themselves and all others similarly situated,   :
                                                        :
        Plaintiffs,   :
                                                        :
    v.                                     :
                                                        :
BANK OF AMERICA CORPORATION, *et al.*,   :
                                                        :
        Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 10 Civ. 00440 (LAK) (HBP)

ECF CASE

**STIPULATION AND**
~~**PROPOSED**~~ **ORDER**

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:   3 / 13 / 13 |

WHEREAS, on March 15, 2012, plaintiffs filed their Motion for Leave to File a

Second Amended Complaint (the "Motion") [Dkt. No. 61];

WHEREAS, on March 16, 2012, District Judge Kaplan referred the Motion to

Magistrate Judge Pitman for decision [Dkt. No. 64];

WHEREAS, on February 15, 2013, Magistrate Judge Pitman issued an Opinion

and Order denying the Motion (the "Opinion and Order") [Dkt. No. 77];

WHEREAS, on March 1, 2013, plaintiffs filed objections (the "Objections") to

the Opinion and Order [Dkt. No. 78] under Fed. R. Civ. P. 72; and

WHEREAS, the parties have agreed, subject to the Court's approval, that

defendants may file responses to the Objections on March 25, 2013.

NOW, THEREFORE, it is hereby stipulated and agreed among the parties that

defendants shall file any responses to the Objections no later than March 25, 2013.

Dated: New York, New York
      March 12, 2013

Jeffery Klafter
KLAFTER, OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200

Jeffery R. Krinsk (*pro hac vice*)
Mark L. Knutson (*pro hac vice*)
C. Michael Plavi II (*pro hac vice*)
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 238-1333

*Attorneys for Lead Plaintiffs*

Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants Citigroup Global
Markets Inc., Merrill Lynch, Pierce, Fenner &
Smith Incorporated (individually and as
successor by merger to Banc of America
Securities LLC), Morgan Stanley & Co.
Incorporated, UBS Securities LLC, Wachovia
Capital Markets, LLC (n/k/a Wells Fargo
Securities, LLC), Deutsche Bank Securities
Inc., and J.P. Morgan Securities Inc.*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

3/13/13

Jonathan Rosenberg
William J. Sushon
B. Andrew Bednark
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys For Defendants Bank of America
Corporation, Kenneth D. Lewis, Joe L. Price,
Neil A. Cotty, William Barnet, III, Frank P.
Bramble, Sr., John T. Collins, Gary L.
Countryman, Tommy R. Franks, Charles K.
Gifford, W. Steven Jones, Walter E. Massey,
Thomas J. May, Patricia E. Mitchell, Thomas
M. Ryan, O. Temple Sloan, Jr., Meredith R.
Spangler, Robert L. Tillman, and Jackie M.
Ward*

2